**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

NIKE IMORU,
     Plaintiff,

v.

AMERICAN REPERTORY THEATER
COMPANY, INC.,
     Defendant.

Civil Action No. 1:26-cv-11469-GAO

**PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO FILE A COMBINED (1) REPLY MEMORANDUM IN FURTHER SUPPORT OF HER MOTION FOR REMAND AND (2) SUR-REPLY REGARDING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to D. Mass. LR 7.1(b)(3), Plaintiff Nike Imoru moves for leave to file an assented-to <u>two-page</u> combined reply and sur-reply (appended hereto) regarding her Motion to Remand and Defendant's Motion to Dismiss. In support of this Motion, Plaintiff states as follows:

1.     Defendant removed this matter to this Court on March 27, 2026.

2.     Defendant filed a Motion to Dismiss on April 3, 2026.

3.     Plaintiff filed a Motion for Remand with a combined (a) Memorandum in Support of the Motion to Remand and (b) Opposition to the Motion to Dismiss on May 4, 2026.

4.     Defendant filed a combined (a) Opposition to the Motion to Remand and (b) Reply in Support of its Motion to Dismiss Plaintiff's Complaint on May 29, 2026.

5.     Plaintiff's proposed memorandum addresses specific novel points raised in Defendant's combined May 29 memorandum.

6.     Defendant assented to Plaintiff's proposed memorandum on June 10, 2026.

WHEREFORE, Plaintiff requests that the Court allow this Motion for leave to file the attached proposed two-page combined memorandum.

Dated: June 10, 2026

Respectfully submitted,

*/s/ Jody L. Newman*

Jody L. Newman (BBO #542264)
Justin P. O'Brien (BBO #658765)
Morgan A. Rosh (BBO #718033)
LOVETT O'BRIEN LLP
155 Federal Street, Suite 1300
Boston, MA 02110
Phone: 617-371-1035
Fax: 617-314-0447
jnewman@lovettobrien.com
jobrien@lovettobrien.com
mrosh@lovettobrien.com

## LR 7.1(a)(2) Certificate

I certify that counsel for Plaintiff conferred with counsel for Defendant and counsel for Defendant assents to the filing of Plaintiff's proposed memorandum.

*/s/ Morgan A. Rosh*
Morgan A. Rosh

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Morgan A. Rosh*
Morgan A. Rosh